

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 44TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 29th day of July, 2014, the cause on appeal to revise or reverse the judgment between

BEECH STREET CORPORATION,
Appellant

No. 05-12-01671-CV          V.

BAYLOR HEALTH CARE SYSTEM,
Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-04919-B.
Opinion delivered by Justice O'Neill.
Justices Myers and Brown participating.

was determined; and this Court made its order in these words:

  In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

  It is **ORDERED** that appellee BAYLOR HEALTH CARE SYSTEM recover its costs of this appeal and the full amount of the trial court's judgment from appellant BEECH STREET CORPORATION and from Westchester Fire Insurance Company as surety on appellant's supersedeas bond.

  **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 26th day of May, 2015.

LISA MATZ, Clerk